ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X

UNITED STATES OF AMERICA

    - v. -

RAYMOND REID COLLINS JR.,

        Defendant.

------------------------------ X

WHEEL

NOTICE OF INTENT TO
**FILE AN INFORMATION**

19 Mag. 6560

JUDGE NATHAN

19 CRIM 665

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        August 23, 2019

                          GEOFFREY S. BERMAN

                          _____
                          RUSHMI BHASKARAN
                          Assistant United States Attorney
                          Southern District of New York
                          (212) 637-2439

                          AGREED AND CONSENTED TO:

                By:  _____
                      Edward Bilinkas, Esq.
                      Attorney for RAYMOND REID COLLINS JR.