```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
United States of America           :
                                   :   19 ___ CR  665  (AJN )
                                   :
          -against-                :        ORDER
                                   :
                                   :
Raymond Reid Collins, Jr.          :
                                   :
              Defendant            :
-----------------------------------x
```

**ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

_____
United States District Judge

Dated: New York, New York
November 25, 2019