UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Raymond Reid Collins Jr.,

        Defendant.



19-cr-665 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing scheduled in this matter on February 17, 2020 is hereby adjourned to February 18, 2020 at 2:00 p.m. The Defendant's sentencing submissions shall be due no later than February 11, 2020, and the Government's sentencing submissions shall be due no later than February 15, 2020.

SO ORDERED.

Dated: November 27, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1