UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Raymond Reid Collins Jr.,

        Defendant.

19-cr-665 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing in this matter is hereby adjourned to April 16, 2020 at 3:00 p.m.

SO ORDERED.

Dated: January 3, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1