

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA :

: 19-CR-665 (AJN)

- v. -

: ORDER

RAYMOND REID COLLINS JR.

Defendant

:
------------------------------------------------------------x

FEB 1 4 2020

It is hereby ORDERED that Dr. Jennifer McCarthy be allowed entrance into the Westchester Correctional Center, Valhalla, NY, in order to conduct a psychological evaluation of the above defendant and that they be permitted to enter with a computer that will be used to administer the necessary tests.

SO ORDERED,

Dated: New York, New York
    February 13, 2020

Honorable Alison J. Nathan
U.S. District Judge