USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Raymond Reid Collins,

           Defendant.

19-cr-665 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing in this matter, currently scheduled for April 16, 2020, is hereby adjourned to May 18, 2020 at 3:00 P.M.

SO ORDERED.

Dated: March 19, 2020
      New York, New York

ALISON J. NATHAN
United States District Judge