USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/20

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                              19-CR-665-001 (AJN)

-   against -

                                                              ORDER

RAYMOND REID COLLINS JR.,

      Defendant

------------------------------------------------------------x

      It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Jennifer McCarthy, Ph.D, in the amount of $4,500.00, for professional services rendered in connection with the above captioned case.

      SO ORDERED,

Dated: New York, New York

     March 31 , 2020

                                                          SO ORDERED.
                                                        ALISON J. NATHAN, U.S.D.J.