# *APPENDIX B*