# *APPENDIX C*