# *APPENDIX   DD*