# *APPENDIX E*

Hon. Alison J Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY  10007

Dear Judge Nathan,

Thank you for taking the time to read this.

I understand very clearly that I broke the law-an important law, meant to protect
innocent victims, children. I am deeply ashamed of myself and I am terribly sorry for
what I did. I am truly horrified at my own actions and will never fully make peace
with what I did.

In many important ways, things will never be the same for my family: my wife, my
four children. I dragged them down into a horrible place by association and they are
blameless. Going forward, my own life will never be the same as well. But I
understand I have only myself to blame.

As you have read elsewhere, I suffer from bi-polar mania and depression. Under
medication, working with my psychiatrist, Dr. Clifford Taylor, this illness is held in
check and my life is good. But I also suffer from the disease of addiction and
alcoholism, also documented elsewhere.

Back in late 2015, I began to abuse "Adderall," which is a form of pharmaceutical
amphetamine. As I slid into it's grip, I stopped taking my bi-polar and depression
medicines. The amphetamines took over my life. I engaged in many embarrassing
and erratic behaviors, the most egregious and serious of which led to my arrest and
my incarceration.

There was an article in The New York Times on December 12, 2019 reporting on the
increasing number of amphetamine addicts in this country and their behavior. In it,
Brian Day, the Chief Executive of the Tulsa Oklahoma based "Addiction Recovery
Center for Adults" said this: "my belief is that their judgment for a period of time is
very, very skewed, leading to frightening choices, and decisions and impulses."

That, I believe, sums up in large part how I got here today.

In June of 2017, I broke myself of the Adderall addiction. My last use of it was on
June 18, 2017. I am approaching three years of sobriety. As I left that addiction
behind, I left my bad behaviors behind as well. As made clear by the FBI forensic
investigation, all illegal images had been deleted back in 2017. I saved nothing- I had
and continue to have, NO interest in that material. I shut the door on that period of
my life and never looked back until two years later when approached by the FBI.

APPENDIX E

Regarding the number of images reported to have once been in my possession by way of the "Dropbox" I-cloud file system: I want to point out that "Dropbox" is a file compression system, created to send many pictures or documents, or files, inside of one file to save computer space. Each Dropbox file might contain many hundreds of files. I say, honestly, I am sure I never opened all of these compressed files. The sheer number defies logic that I could. I also say I have no memory at all of seeing the horrible images or videos outlined by the FBI in the initial complaint. Were they in my possession? The FBI says so, so yes they were. Did I see all those terrible things? I did not.

Turning to the future now, I have been blessed by a loving and forgiving family- my wife, Annmarie and my four children are eager to have me back. I have a standing job offer from my brother-in-law in Portland, Maine to work full-time at his wholesale fish market. (George Parr "Upstream Trucking" 207-274-6850). That job includes medical benefits, something my wife and I must have for the continuing care of our youngest daughter, Ellie, who has a rare and serious autoimmune disorder called Granulomatosis with Polyangiitis, formally known as Wegener's Disease. She is required to make monthly doctor visits and also receives monthly infusions to replace immunoglobulins destroyed by her yearly infusion of Rituximab. Both medicines help keep her disease in check. These treatments are not optional, they are the difference between life and death. Without insurance, the average monthly cost is a minimum of $18,000. We are currently covered under a COBRA plan at the cost of $2,200 a month which expires in March of 2021.

Prison is a cold and lonely place. It has a purpose and I have learned what the purpose is. I have tried to make good use of my time here- reading, reflecting- memories of my family when I was a child, memories of the family Annmarie and I raised together. Many good times, but invariable these come in harsh reflection against what I did wrong that brought me here. It's painful, but instructive. It has helped me see what I need to do to create a path forward to a better life- a sober, sane future out of prison with my family again.

I ask for the chance to begin to rebuild what I tore down. I am turning 60 in August. The sooner I am released, the sooner I can start the important tasks I have ahead- while I am still young enough to achieve these goals for myself and for my family.

I will carry my mistake with me always, but I will never repeat it.

Sincerely,

Raymond Reid Collins, Jr

October 17, 2019

Dear Your Honor,

I'm writing to tell you about my husband, Raymond Reid Collins, Jr. in hopes that it will help you learn about him and better understand who he is and who he is not. I hope and pray that you'll consider this when deciding his future.

"Reid" and I have been married for almost 28 years. We have four children: Trudy, from his first marriage is 33, our twins Jane and Reid who are 23, and our youngest, Cary Ellen "Ellie" is 20. During our years together we have been through many ups and downs including the loss of three of our parents, the loss of jobs and the devastating near loss of our daughter Ellie. Our family honestly couldn't have made it through that terrible time without Reid holding us together. Reid has always been a rock in our family and pulled us through the difficulties and helped us all land on our feet. He is a wonderful husband and father.

Reid is the kind of person who collects trash when we go out on walks. He rescues insects in our home before the kids or I can kill them. Reid is the first person to help friends and family in need. He, without hesitation took my mother in five years ago to live with us. He actually has happily taken my mother with us on almost every family vacation since we lost my Dad in 1993. He cares deeply about his family and his friends and truly about the welfare of most everyone. He has always been there for our children and helped make our home a comfortable and safe place for kids to play and hang out. He is NOT a threat to anyone. He is NOT a predator. He is NOT a deviant.

When I met and married Reid I knew that he was a recovering addict. I also knew that he was one of the best people I'd ever known, so I didn't let his history with addiction stop me from moving forward from sharing a life together. What I didn't know at the time was just how insidious addiction is and how it can sneak up on you. Add to that, at about age 45, Reid was diagnosed with bi-polar disorder. He lives with a very complicated combination of mental illnesses when things are good; when there's stress they can cause issues.

Three and a half years ago, Reid's Dad began to deteriorate while suffering from dementia. Reid took on much of the responsibility of caring for his father even though he lived 4 hours away. Reid would work all week at his job and then head down to Maryland on the weekends to help get his father set up in a nursing home. He also helped move all his father's belongings out of his step-mother's house and

then flew out to Montana alone to pack up his father's home out there. Additionally, he took over his father's financial responsibilities as his power-of-attorney. This all took an emotional toll on Reid and caused a slip in his sobriety. That, combined with his bi-polar disorder caused out of character risk taking behavior.

I knew at the time that Reid was struggling. I thought it was just the manic part of the bi-polar. I didn't realize that he had also slipped in his sobriety. His behavior was so off that in early 2017 I went to our psychiatrist worried that like his father, Reid too was suffering from dementia. He couldn't remember normal things; he couldn't remember long stretches of time. He was acting erratically. In April of that year, overwhelmed by mania, Reid had me take him to the emergency room. Recognition of his own behavior scared him and he was having trouble coping. Though he only stayed a few hours before being released, he continued to seek help and got himself back on the right track. He's been himself ever since and he works hard at it.

Reid is ashamed and beyond remorseful for what occurred during this brief period from three years ago. It was a terrible place to go. But trust me when I say he's already paying the price. We all are. He lost his job and already feels that he's lost his good name. Our family has been turned upside down. We've had to use a large portion of our retirement to address this issue and we currently have our home on the market because we can no longer afford to live here. Furthermore, I am in the process of trying to find a job with benefits after 24 years of raising kids. I'm not complaining; it's just that there are not a lot of opportunities out there for women my age without a degree, and our youngest is in college. Most importantly I need to get benefits. Our daughter can't be left without healthcare. Her life literally depends on it.

I'd also ask you to please consider the health of our daughter Ellie. Her disease: Granulomatosis with Polyangiitis, is a rare and serious form of Vasculitis. It is treatable, but not curable. Stress plays a major role in flares of this disease. She was diagnosed with "GPA" 8 months after Reid lost a job in 2013. It was a stressful time for our family and effected Ellie physically. She spent 36 days in the hospital; 26 of those in ICU and 15 on a ventilator. She developed pancreatitis while there, blood clots and had seizures. It was a terrifying time and remains a terrifying prospect that she could become that ill again. I beg you to please keep her in mind.

In addition to all of this, I also suffer from a mental illness: OCD. I bring this up, because it effects my ability to work and to cope with tough situations. Again, Reid has always been the rock and taken care of us all. I'm truly scared about how I'm going to shoulder the burden if he were to be sent away.

There's so much more I could say about Reid; so many other attributes, but I'll end with telling you that Reid is a good man with a family who depends on him. He did a terrible thing while in a bad state. He's truly not a threat to anyone. Please consider this when you consider him and our family.

Sincerely,

Annmarie Parr Collins

Your Honor,

My name is Cary Ellen Collins, but I go by Ellie. I am 20 years old, and about to enter my sophomore year of college. I am Raymond Reid Collins' youngest child.

I'm not even sure how to explain in just a brief way how important my dad is to me, or how great of a human being he is. I haven't had a "normal" life. I was diagnosed with a very rare autoimmune disease almost six years ago, that was very close to costing me my life. I was hospitalized for over a month during this time. My father was there, every single day and spent every single night. He held my hand, kept me distracted, and would make me smile when nobody else could. He kept a little chalkboard counting down the days until I was out of the ICU, that he still has framed in my parent's bedroom. He has been this supportive, kind, generous, strong and amazing my entire life.

I used to kick the covers off in my sleep every single night. Each one of these nights my dad would wake up, come to my room and cover me back up. My dad sends me flowers any time I'm having a bad day with a note. When we were younger, he would even leave us a little post it note on the kitchen counter every day before he went off to work saying how much he loves us. He'd text me before he left work to pick out a good scary movie for us to watch when he got home. He packs a lunch every single day for my almost 23 year old sister before she leaves for work. I struggle with anxiety and depression, and college has been one of the toughest challenges for me. My dad would drive the two hours to come pick me up if I was having a bad day in a heartbeat. He is able to calm me down when no one can, and constantly reassures me that he will do whatever he needs to to make sure I'm happy and doing what I want to do.

He sets out feeders in our backyard for the wild birds, and he stands by the window and tells me what type of bird is which. He loves to go on walks with me and discuss each type of tree that we see, even though most of the time I couldn't care less. He picks up any garbage that he sees outside, helps any stranger that seems to need any assistance at all. Most of all, my dad would do anything in this world to make someone he loves happy. He has continuously put our families happiness above his own, working harder than anybody I have ever known to keep smiles on our faces.

I have known for a long time the problems my father struggles with. I knew he was an addict when he was younger, and that he also had Bi-Polar disorder. I have been able to notice the times that my dad is struggling, whether it was the death of his father or being unhappy with work. Even during those times his primary concern is always the happiness and wellbeing of his wife and four children.

I ask you to consider this information when you are making any decision, because I never want to stop bird watching and learning dumb information about trees with him.

My dad is my best friend, my hero, my rock, and single handedly the greatest human being I have ever met. I hope you can realize how incredible he is too.

Thank you,
Cary Ellen Collins

Your Honor,

My name is Jane Collins, I am the middle daughter of Raymond (Reid) Collins Jr. I'm writing to tell you about my Dad, and ask that you consider my words when making decisions regarding his future.

I was in elementary school when my parents told my siblings and I about my Dad's addiction problems. So for as long as I can remember I have known that my Dad struggles with both addiction and mental health problems. My Dad's openness and transparency on these subjects has saved my siblings and I, I believe, from falling into the slippery slope that he's tried to climb his way out of for years.

Sadly, my Dad's parents weren't as forthcoming, and for all of my Dad's childhood he was victim of parents who did care about him, but drank heavily and didn't create the loving household that every kid deserves. My Dad didn't hear "I love you" very often, and spent his first 17 years in a traumatic environment. I believe that this pushed him to be so much better for his own family. I also believe that it contributed to his addiction issues, and only worsened his mental health problems.

On May 9th, I was sleeping in my bed, home alone with my Dad when the FBI raided our home around 6 o'clock in the morning. I have been through many trying times, particularly with the health of my younger sister, but this was one of the worst days of my life. I was woken up by pounding on the front door. Later, I was in my pajamas, sitting on my bed, when a young FBI agent told me why she and dozens of others were tearing through my home. My Dad and I were not allowed to see each other for a while, and my trips to the bathroom were supervised. I fully understand that my Dad's actions caused this traumatic event to happen, but I need you to know that from the very moment those officers came into my house, my Dad, myself, and our whole family have been wracked with terror and deep upset.

When the FBI left, and my Dad and I were left with the task of cleaning up our house and then our lives, he told me that if my Mom wanted to, she could divorce him and take everything; his 401k, the house, and all their savings, and he would leave us alone forever. I have never seen my Dad so diminished, and so deeply apologetic for the things that his mental health and addiction had caused.

I need you to also know about the kind of man my Dad was, and still is, before that day. My Dad worked 7 days a week for a large chunk of my childhood, and yet I never remember feeling like he was absent. He is both the funniest person I know, and the most deeply sentimental. He cries at television commercials. He loves trees. He cleans the sewers in the road when they get clogged during storms. When I was a sophomore in college, and he was again struggling with addiction, I had a formal for my sorority. I brought a boy that I liked, and the night didn't go very well. I didn't tell my Dad, but I told my Mom. About a week later I received a package in the mail from my Dad with two mugs inside, they read "Girls Rule, Boys Suck". He is the best Dad in the world, I still believe that today.

George D. Parr
180 High Street Apt. 56
Portland, Maine 04101
207-838-3516

September 12, 2019

Your honor:

My brother-in-law is Raymond Reid Collins, Jr. He is married to my wife's sister, and I have known him for almost 30 years. I am writing to ask you to exercise your discretion and be lenient in Reid's sentencing.

Trust me, nobody was more stunned than me when I found out what happened. The only thing as surprising was that I found out I had cancer days within when this all came down (it's now gone, thankfully). So that was one helluva week for our family.

Learning about Reid's actions three years ago blew me away. The person I know is a tremendous father, a great husband, a really hard worker, a good, honest citizen. He's also very smart and very funny, I enjoy chewing the fat and solving the world's problems with him.

I know Reid has had issues, but I've never seen him in a manic or depressed mode, let alone abusing any substances or people. He's the guy you ask to drive. He's the one making sure nobody's getting carried away with the wine and Bailey's Irish Cream at Thanksgiving. He's the one who'll drop anything to help one of his kids or his nieces and nephews. He's the one who was the rock for his family when his daughter was deathly ill and my sister-in-law was almost paralyzed with anxiety. Now she is his rock. He's also the one, of all my mother-in-law's sons and sons-in-law, who's been the most there for her since she lost her husband in 1993. Reid and I were both close with our late father-in-law. We've missed his guidance, and I'm sure Reid could use it now.

I'm asking you to please consider only parole as his sentence. You know his history with mental illness and substance abuse. Nobody, including him, knows why he went down the path he did, but he is not now and will never be any kind of threat to anyone. Ironically, except for waiting for the other shoe to drop on this, he's out of the pressure zone. That must help somehow. His life and his family's have already completely changed, and they are obviously suffering. Please show mercy toward Reid and his family.

Thank you.


George D. Parr

August 29, 2019
To Whom in May Concern:

Thank you for reading this letter of support for Raymond Reid Collins, Jr.

When Annmarie called to tell me what Reid was accused of doing, my immediate reaction was surprise and compassion, not outrage and anger. I am an extremely protective parent yet my instinct is that his actions, for which he takes full responsibility, were an aberration and the result of a manic or stress related brain event.

I've known Reid and Annmarie and their children since I moved to Madison, NJ seventeen years ago in 2002. Reid and my husband attended university together. He and Annmarie welcomed us to town with joy and generosity. Reid was working two jobs at CBS--a difficult and year round responsibility but he found the time to help us to thrive in this close knit community. Our daughters were in the same grade and Reid's older children often looked after our baby son.

Because Reid and Annmarie had been open with me about Reid's struggle with substance abuse and ongoing mental health issues it was to Reid I turned when my own family was confronted with a serious episode of depression in 2009. He immediately brought a doctor with him to our home and helped us through a harrowing time. Reid is a deeply caring man devoted to his friends and family and I credit him with saving us. I believe that he is self aware and not a danger to anyone. He and his family have experienced a series of breathtakingly hideous medical crises beginning when their daughter became acutely ill with Wegener's disease. It was a terrifying months long series of life and death decisions and hospital stays which were all-consuming emotionally and financially. I believe that the death of his father and prior years of stress contributed to his recent break with reality and overwhelmed his sense of right and wrong.

I am extremely grateful to Reid. I support him and vouch for him one hundred percent. I also feel like I let him down because I wasn't aware that he was so ill. Maybe I could have helped. I hope it is possible for the court to consider my decades of only extremely positive experiences with Reid as the legal process progresses.

Thank you so much for your time during this difficult process.

Fiona Matthews
2 Midwood Terrace
Madison, NJ 07940
973 410 1804

June 15, 2018

To Whom it May Concern,

It is my privilege to comment on the character of my son-in-law, Raymond Reid Collins, Jr.

He is a kind, honest, loving and industrious man. Reid has been married to my daughter Annmarie for more than twenty-seven years. It has been a very happy union with very happy well-adjusted children.

From time to time I have mentioned to those children, "you have such a good father, do you realize that?" They always agreed.

I am eighty-seven years old and have never known a kinder person. He even invited me to live in their home.

Reid Collins, Jr is a good person. I love him.

Sincerely,


Jean C Parr

June 10, 2019

To whom it may concern,

I am writing in reference to Reid Collins. I have known Reid for over three years. We met in the summer of 2016 when his daughter Ellie started babysitting for my three girls. We lived a few blocks from the Collins' and Ellie often brought my girls back to her house to watch them. I immediately connected with Reid and Annemarie and implicitly trusted them with my children. I was often running around with my older two daughters so Ellie would take my youngest daughter Fiona, who was one at the time, back to her house. Since my parents live far away and my husband's parents both work full time, Reid and Annemarie quickly became our adopted grandparents. Reid wasn't around as much as Annemarie but when he was present Fiona loved to go on walks with him and watch movies. Fiona's affection for Reid is remarkable because she has always been very shy and cautious only letting a few people get close to her. Three years later he is still one of her favorite people.

The following Spring, I had my fourth baby and relied on Ellie and her parents even more than the previous summer for help. Fiona would come home and tell me about all the fun she had with Ellie, Em and "Ellie's dad" which is how she referred to Reid. I felt better when Annemarie and Reid were around because I knew how helpful they would be and how much they cared for my children. Owen's face lights up when he sees Reid. He is the kindest, most present man; smart, funny and very comfortable with my kids. When Owen was an infant he would often fall asleep while Reid held him. I believe kids have a 6th sense about people (especially babies) and both Fiona and Owen were always drawn to Reid and felt so calm with him.

A few weeks ago, when Ellie returned home from school, I reached out to her about babysitting and Annemarie called me to let me know what Reid had been excused of engaging in. She wanted me to know all the facts and told me she completely understood if I chose not to have my kids go home with Ellie anymore. I told Annemarie that I was so grateful for her honesty and that I felt awful they were going through all of this. I also told Annemarie that I still trust Reid. I don't know all the details about Reid's mental health but do know he was struggling with addiction at the time and truly believe this was an episode that I can't fully understand or begin to judge. The day after Annemarie told me, Ellie took my kids to their house and both Reid and Annemarie were there. I am not sure what Reid was struggling with at the time all of this occurred, but I still trust him with my kids and know he would never do anything to harm them in any way. He loves them and has been nothing but kind and thoughtful with them.

The Collins' are an incredible family; caring, loving, kind and genuine. I will always keep them close to my family and include them in the lives of my children. Please contact me if you need any more information.

Sincerely,

Rebecca McNany

To Whom It May Concern,

I have known Reid for over 25 years, during this time I have developed great respect for him as he has been an outstanding uncle to my twin boys and become a third brother to me. Reid is a caring husband to my sister Annmarie and outstanding father to his four children Reid Jr, Ellie, Jane and Trudi. I can write many pages of kind things Reid has done for family and friends as he has always been willing to help family and friends even when it has been personally taxing. Reid has worked hard to overcome some personal struggles, it hasn't always been smooth but he understands his challenges and is driven to support his loved ones.

I am aware of the behavior that has placed Reid in this life altering peril and believe it was an aberration during a period of time where he was absolutely not himself. I have witnessed Reid live a life of complete decency as a loving husband, father and friend. I trust Reid implicitly as I know him as a kind, gentle and caring man.

Sincerely,

Kevin Parr

Isabelle O'Connell
207 Woodland Road
Madison, N.J., 07940

June 19th, 2019

Re: Reid Collins

To: The Honorable Judge

My name is Isabelle O'Connell. I am twenty-years old and am respectfully submitting this letter to you regarding your consideration for Reid Collins.

I have known Reid Collins for thirteen years. Reid Collin's youngest daughter, Cary, has been my best friend since I was seven years-old when we met on the local travel soccer team.

I was surprised to hear about Reid Collin's recent case as he has always been a virtuous man. I understand the seriousness of this matter; however, I hope the court will show some leniency when reviewing his case given his life-long mental health diagnosis.

I have always believed Reid Collins to be a man of integrity. Over the years, I have never once felt uncomfortable or unsafe around him. Rather, I have always valued the times I spent with Reid Collins, whether it was at travel soccer tournaments, sleepovers at the Collins's house, and family gatherings/vacations. My admiration for Reid Collins's loyalty to his family and friends, in addition to his kind-hearted, supportive, gentle spirit continues to this day.

It is my sincere hope the court takes this letter into consideration during deliberation. Despite the current case, I still whole-heartedly believe Mr. Collins is a safe and well-meaning individual.

Sincerely,

Isabelle O'Connell

**Lillian Smith**
26 Green Hill Road
Madison, NJ 07940

September 8, 2019

To whom it may concern,

My name is Lillian Smith. I live in Madison New Jersey. I have
been friends with Jane Collins and her brother Reid since I was a
small child. I spent a considerable amount of time with Jane and
Reid at their home. At no point during our friendship did Mr.
Collins ever make me feel uncomfortable or threatened in any
way. Furthermore, I never observed anything that seemed
inappropriate while I was in their home.

I hope this is helpful.

Sincerely,

Lillian Smith
26 Green Hill Road
Madison, NJ

To Whom It May Concern:

My name is Catherine Battaglia. I have known Mr. Collins since I was little and became best friends with Jane and little Reid. I know that Mr. Collins has to attend court for his mistakes in the past. But this is not the Mr. Collins I have known and grown up with.

When I came home for Father's Day a few weeks ago, I got a text from Jane to meet up and go for a drive which we have done since we were in high school. When Jane explained to me what her father did in his past, memories of our childhood growing up together came to my mind. Jane, Reid, and I have been best friends since we were just little kids and Mr. Collins was such a big part of my childhood.

Mr. Collins is the father who gave up so much for his kids. Mr. Collins was the dad who volunteered to be the t-ball coach for all of us as kids. He would spend his Saturdays teaching eight year olds how to play t-ball, even though half of us just wanted to play in the sand. Mr. Collins also taught us the importance of taking care of a pet when we were kids with the fish tank in Jane and Reid's room. He taught us the exactly what we would have to do to keep the fish alive, by feeding them, and cleaning the tank. We would just wait and watch the fish until it was time to feed them again.

The thing about the Collins' family is that they all loved to sleep in. The thing about me was that I really would never sleep in. But to make me feel more comfortable in the Collins' house every time I slept over was that Mr. Collins would get up early for me, bring me to the kitchen, and make waffles with cinnamon sugar on them. He would get up so that everybody else could sleep in, that is the Mr. Collins I know.

Mr. Collins is a devoted dad, husband, friend, and son. Mr. Collins gave up so much for his kids because that is just the kind of guy he is. He is such a big part of my life and I know that he is not the man he was in his past. A mistake doesn't define who you are. I have grown up and watch Mr. Collins be the best dad to his kids, best husband to Mrs. Collins, best friend to my parents and grandma. That is the Mr. Collins I know.

Best regards,

Catherine Battaglia

Dear Sir or Madam,

I'm writing to you to attest to the character of my friend, Reid Collins, Jr.

I have known Reid for 20 years; his wife Annmarie is one of my best friends, and his daughter Jane is one of my daughter Katie's best friends.

As young children, Katie was like another daughter in the Collins home. Katie always felt secure and loved being at the Collins home. Katie spent vacations at the shore with the Collins family for several years. In fact, we trusted the Collins family to take care of her when we went out of town.

I have never questioned Reid''sintegrity as a person. I still don't.

Reid is kind, generous, thoughtful and one of the most genuine men I know. When my mother passed away, his wife Annmarie was out of town and Reid was the first person to show up at our door with enough food to feed all of my family. When we had some financial difficulty a few years ago, Reid helped us out with no questions asked. He has one of the kindest hearts of any man I know.

Six years ago, the Collins family went through a terrible scare when their youngest daughter Ellie was diagnosed with a rare and life-threatening disease. Reid was the glue that held the family together. I went to the hospital everyday and Reid was a pillar of strength. I admire him so much.

Ellie's illness is chronic and Reid works hard with Annmarie to keep Ellie's ongoing health their priority. Health insurance and a steady income are of course important to all families, but can literally effect Ellie's physical well-being.

Reid may have hit a big bump in the road several years ago when this occurred, but he is a good person with a big heart and no threat to anyone. I trust Reid with all my heart and have the upmost respect and love for Reid.

Sincerely,

AnnMarie Battaglia

To Whom it May Concern--

I've been a friend to Reid Collins and his wife, Annmarie, since we worked together at CBS News 30 years ago.

For as long as I've known him, Reid has been a good father, a good husband, a good son, and a good friend. He's never neglected his responsibilities to those he loves. He held his family together in a time of extreme crisis. As a former colleague and present friend, he's always been generous with his creativity and his compassion.

But in addition to the responsibilities of family and friendship, Reid has also carried on his back 30 years of addiction. Try as he has, he's never fully been able to get out from under it, and his growing responsibilities made it that much more difficult to tend to his root troubles. The many problems he faces today come not from being a bad person but from being an addict. I hope you will consider this sad reality as you decide how best to proceed in the future.

Sincerely,

Emily J. Lazar
73 Upper Mountain Avenue
Montclair, New Jersey  07042

Kathleen Parr
180 High Street Apt. 56
Portland, Maine 04101
207-838-3516

June 18, 2019

To whom it may concern:

I am writing to attest to the character of my brother-in-law, Raymond Reid Collins, Jr.

I've known Reid since he and my sister, Annmarie, first became a couple and over the course of their marriage have truly come to love him like a brother. He is an integral and indispensable part of our family. As you can imagine, news of his current predicament came as a shock to all of us.

Reid and I have been in touch by text and on the phone in recent weeks, and he is extremely remorseful both about the actions he took several years ago and the consequences of them to our family, particularly his wife, his children, and my mom, who lives with Reid and Annmarie.
I'm no expert on bi-polar disorder or addiction issues, but in the time I've known Reid (since 1989 or so), I've seen him wholly as a highly functional and responsible father and husband who has had some low periods. I think the present situation is all the more difficult because he's been fine for years and suddenly this news has blasted their world apart.

My side of the family includes 13 children, all of whom are now young adults. Reid has always been a loving, thoughtful, funny father and uncle. He is devoted to his own children. Their world revolves around family life, with kids in and out of their home and most of their social life centered around family fun. My mother could not have the comfortable, secure life as an elderly woman that she enjoys now without Reid's support. He drops anything to help her, and, of course, he signed up for her living with them, in an interdependent apartment that is within his family's home in Madison. She is, naturally, concerned about him and his family as well as her own future.

As you know, Reid and Annmarie's youngest child, Ellie, has compromised health and he has been a pillar in getting her, her siblings, and most importantly, her mother, through Ellie's initial crisis and all the worrisome junctures that have followed. Her health depends both upon continued access to health insurance, her doctors, and lack of stress. Of course he is aware of the jeopardy she is in, and I hope her needs will be considered as you move forward. Furthermore, my sister is committed to her marriage and family and is doing all she can to support him. My family stands behind Reid, Annmarie and our nieces and nephew, as well.

Reid is no threat to anyone. He has injured no one except himself and his family, which includes our beloved niece Trudy, his daughter from his first marriage to whom he has always been an excellent father. His anomalous, inexplicable behavior is behind him and he is getting all the help he can to cope and move forward under difficult circumstances. I hope you will take both his mental health, his family's health and his otherwise sterling record as a hands-on, committed father into consideration when you decide his future.

Sincerely,

Kathleen Parr

Kathleen Parr

From: **Liz Jones** ▓▓▓▓▓▓
Subject: Hi my name is Liz Jones. I am married and I have raised 4 adult sons…
Date: June 19, 2019 at 4:44 PM
To: Liz Jones ▓▓▓▓▓▓



Hi my name is Liz Jones. I am married and I have raised 4 adult sons in Madison, NJ. I am also a pediatric nurse practitioner and have worked with chronically ill children my entire career. I've worked at Children's Hospital of Philadelphia and I've worked at Newark Beth Israel Medical Center in Newark, New Jersey in the pediatric HIV outpatient clinic. I have been a nurse since 1986 and a pediatric nurse practitioner since 1991. I practiced nursing until my last son was born in 1998. I have kept up my nursing license as well as my pediatric nurse practitioner certification all these years. I have always been an advocate for children, my patients and their families, my own children, my children's friends. I have received countless calls over the years for advice on medical problems as well as mental health issues.

I am not an advocate for pornography in any form. I am not blind to the fact that many men including my boys and my husband view pornography. Unfortunately, it is a very big part of our culture. So with that being said...

My heart breaks for Reid, Annmarie and his kids. I have known Annmarie and Reid since 1993. They started out as our next-door neighbors and became our best friends. And as you read this it breaks my heart to have to write this letter. But while you try to reconstruct Reid's life from a bunch of files and computer data over a specified period of time, I think I can speak to the kind of person that Reid really is having known him for 26 years.

I have always looked up to and admired Reid. He is a kind person, a decent person. Extremely hard working and devoted to his family. A straight shooter, an honest person. You don't get many people like that these days. He is an unbelievable father to his four children. And I don't say that lightly and I don't give that compliment to 90% of the people I know. He is a devoted father, a caring father, an involved father, a loving father. He has always been there for his kids .... ALWAYS!! He has raised 3 wonderful daughters and a terrific son. He is the godfather to my youngest son. I have never felt afraid for anybody's kids, my own kids, his kids, anybody's kids with Reid. It has never even crossed my mind in the slightest.

He loves my best friend his wife Annmarie. He is a devoted husband and caring partner. He has supported his own wife with her struggle with OCD. He has always worked hard for his family trying to provide for them, trying to be a good husband and a good father.

I also know that Reid struggles with a debilitating mental illness and a crippling addiction. I don't know if you have ever had to experience that in your own personal family life. And I can really say from the bottom of my heart that if you haven't experienced it firsthand it's almost too hard to imagine. You think you might know what it feels like to deal with those problems in your family but if you haven't experienced them you have no idea. It's like trying to imagine you have cancer when you really don't.

I can speak to this because my own son was diagnosed with a mental illness his senior year of high school before he left for college. He went off to the University of Notre Dame and was crippled by mental illness. You might say maybe we should've been more aware, weren't there warning signs, surely he just didn't fall from grace. He did. Slowly, methodically, without a care for his humanity nor his dignity. He was ravaged by Obsessive Compulsive Disorder. He has had to withdraw from college twice. He has done an inpatient program as well as two outpatient programs. His whole life has changed. And I am optimistic because he has received very good care and he has had time to heal, time to improve, time to get better. He is fortunate.

Reid on the other hand has had to deal with his addiction and his mental illness all while trying to work and hold his family together. Mental illness and addiction are insidious. They destroy you piece by piece so much so that your family, yourself, colleagues don't know where you have gone. You are unrecognizable. Several years ago it was physically noticeable the despair and mania he was in. Almost like an alien had invaded his person. He was not the same. He has not had the luxury with time like my son has had to address his complex issues. But I know he has tried.

On top of all of these things, Reid's youngest daughter was diagnosed with a rare autoimmune disorder in 2013. Their daughter almost passed away then. Thank God she's doing well today. But she still needs a lot of care. She goes to many doctors appointments and her struggle will be lifelong. She has a chronic illness that needs attention. She needs Reid in her life. So does his other kids.

So please take into consideration what I have said above. I know you must receive many letters from friends and family all saying similar things. This is different. The whole of Reid's life is much greater than the part where he fell from grace as a struggling man with mental illness and addiction.

Thank you.

*Elizabeth R Jones*   6/19/19
*22 Midwood Terrace*
*Madison, NJ 07940*

June 18, 2019

To whom it may concern:

I have known Reid Collins for nearly thirty years and I'm proud to be his brother-in-law. Reid is a caring and loving husband and father to his four children.

He has worked his entire adult life in the challenging and stressful broadcast news business. Throughout, he has maintained his composure, wit, and patience with those around him. Reid is a positive force in our society and hope his life is measured in the positive milestone he has achieved.

Sincerely,

Mark H. Parr

George D. Parr
180 High Street Apt. 56
Portland, Maine 04101
207-838-3516

September 12, 2019

Your honor:

My brother-in-law is Raymond Reid Collins, Jr. He is married to my wife's sister, and I have known him for almost 30 years. I am writing to ask you to exercise your discretion and be lenient in Reid's sentencing.

Trust me, nobody was more stunned than me when I found out what happened. The only thing as surprising was that I found out I had cancer days within when this all came down (it's now gone, thankfully). So that was one helluva week for our family.

Learning about Reid's actions three years ago blew me away. The person I know is a tremendous father, a great husband, a really hard worker, a good, honest citizen. He's also very smart and very funny, I enjoy chewing the fat and solving the world's problems with him.

I know Reid has had issues, but I've never seen him in a manic or depressed mode, let alone abusing any substances or people. He's the guy you ask to drive. He's the one making sure nobody's getting carried away with the wine and Bailey's Irish Cream at Thanksgiving. He's the one who'll drop anything to help one of his kids or his nieces and nephews. He's the one who was the rock for his family when his daughter was deathly ill and my sister-in-law was almost paralyzed with anxiety. Now she is his rock. He's also the one, of all my mother-in-law's sons and sons-in-law, who's been the most there for her since she lost her husband in 1993. Reid and I were both close with our late father-in-law. We've missed his guidance, and I'm sure Reid could use it now.

I'm asking you to please consider only parole as his sentence. You know his history with mental illness and substance abuse. Nobody, including him, knows why he went down the path he did, but he is not now and will never be any kind of threat to anyone. Ironically, except for waiting for the other shoe to drop on this, he's out of the pressure zone. That must help somehow. His life and his family's have already completely changed, and they are obviously suffering. Please show mercy toward Reid and his family.

Thank you.


George D. Parr