```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Raymond Reid Collins,

Defendant.

19-cr-665 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A sentencing in this matter is currently scheduled for May 18, 2020 at 3:00 P.M. The hearing will be held remotely using the Skype for Business platform. Members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 765486500.

SO ORDERED.

Dated: May 15, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1