| | |
|---|---|
| From: | |
| To: | Nathan NYSD Chambers |
| Subject: | Raymond Reid Collins, Jr |
| Date: | Monday, December 14, 2020 2:52:56 PM |

**CAUTION - EXTERNAL:**

Dear Judge Nathan,

My husband, Raymond Reid Collins, Jr. was sentenced last May to 18 months in a federal prison. At that point he had already served 6 months and we recently crossed the one year mark a few weeks ago.

I'm writing because a little over three weeks ago, he was moved to his fourth facility; it's the first federal facility he has been in since leaving MCC back in late January, and it's the third time he's been in quarantine due to COVID. Only this time they've had him quarantined with his cell-mate, for over three weeks. He arrived there on November 20 and has only been allowed out of his cell three times a week for 20 minutes at a time to take a shower and make a phone call. On the weekends he goes 72 hours locked in because they don't get recess on Sundays. He has tested negative twice since being there and from what he understands, he's going to be moved again which will in all likelihood require another quarantine.

To me, this seems to be cruel and unnecessary punishment and we're wondering if you would have any input with the DOP that would allow him out of his cell.

For the record, he has not had any counseling since being incarcerated, no drug therapy, no access to AA meetings or any kind of support. Contrarily he has been surrounded by drug dealers and other abusers. We're looking forward to him coming home, and while it's not the job of the BOP to completely rehabilitate my husband, it should be their job to give him some type of support to help rehabilitate himself. He has primarily been in county facilities that don't have resources and now at a place that might offer those services, but not to someone who is in lockdown and possibly in transit.

Raymond "Reid" is a good person who did a terrible thing, and he's paying for it. But it seems like the punishment is overly punitive and lacks humanity. I truly don't understand how anyone expects people to come out of a situation like this repaired or fit for re-entry to society.

If you have any power to afford him better treatment, I would really appreciate it.

Thank you in advance for your consideration.

Sincerely,

Annmarie Parr Collins

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.