| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:19CR00665-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:21CR460 (SDW) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Raymond Reid Collins | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Alison J. Nathan | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/5/2021 | TO 3/4/2026 |

OFFENSE

POSSESSION OF CHILD PORNOGRAPHY-In violation of 18 U.S.C. 2252A, a Class C Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey District upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 20, 2021
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEYDISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 2, 2021
*Effective Date*

TRUE AND CERTIFIED COPY
Jackeline Barco
Jun 03 2021

*[signature]*
*United States District Judge*

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY *[signature]* Clarissa Reinoehl
Deputy Clerk