

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 15, 2021

**VIA ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Raymond Reid Collins Jr.
19 Cr. 665 (AJN)

Dear Judge Nathan:

The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in accompanying Declaration, all right, title, and interest of the Defendant, Raymond Reid Collins Jr., in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property (Docket Entry 13) and no third-party claims have been filed within the statutory period. Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: _____/s/_____
Rushmi Bhaskaran
Assistant United States Attorney
Tel. (212) 637-2439

*Enclosure*