UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      -v.-

RAYMOND REID COLLINS JR.,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DECLARATION IN SUPPORT
OF FINAL ORDER OF
<u>FORFEITURE</u>

19 Cr. 655 (AJN)

      Rushmi Bhaskaran, pursuant to Title 28, United State Code, Section 1746, declares under penalty of perjury as follows:

      1.      I am an Assistant United States Attorney in the Office of Audrey Strauss, United States Attorney for the Southern District of New York, and attorney for the Government herein. I am responsible for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

      2.      On or about November 25, 2019, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 13) with respect to RAYMOND REID COLLINS JR. (the "Defendant"), forfeiting to the United States all right, title and interest of the Defendant in the following specific property:

      a.      Apple iPhone with IMEI 355321080690812;
      b.      Apple iPhone with FCC number BCG-E2946A; and
      c.      Dell Inspiron laptop with serial number 71YCQY1.

(the "Specific Property").

      3.      The Notice of Forfeiture and the intent of the Government to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on December 8, 2020 for thirty (30) consecutive days, through January 6, 2021, pursuant

to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court June 15, 2021 (D.E. 36).

    4.    Since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Specific Property have been filed.

    5.    The Defendant is the only person and/or entity known by the Government to have a potential interest in the Specific Property.

    6.    Accordingly, the Government requests that the Court enter the proposed Final Order of Forfeiture.

    7.    No previous application for the relief requested herein has been sought.

Dated: New York, New York
       June 15, 2021

                      AUDREY STRAUSS
                      United States Attorney for the
                      Southern District of New York

By:    _____/s/_____
      Rushmi Bhaskaran
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, New York 10007
      (212) 637-2349